Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
20, 2006









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed June 20,  2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00480-CV

____________

 

IN RE DANIEL J. RICHARD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May 25, 2006, relator Daniel J. Richard, an inmate in the
Terrell Unit of the Texas Department of 

Criminal Justice, filed a petition for writ of mandamus in
this Court,[1]
seeking an order compelling 

the Honorable William C. McCulloch, judge of Probate Court
No. 4, Harris County, Texas, to rule 

on relator=s motion to enforce the Will of Lucille R. Stafford. Relator
has failed to establish he is 

entitled to the mandamus relief requested and, accordingly,
we deny relator=s petition for writ of 

mandamus.                             

 

PER CURIAM

Petition Denied and Memorandum
Opinion filed June 20, 2006.

Panel consists of Chief Justice
Hedges, and Justices Yates and Guzman.  








 











[1]See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.